UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-3265**

Case Title: **United States** vs. **William Hitchings, V**

List all clients you represent in this appeal:

**United States of America**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Christina E. Mahy**     Signature: s/ **Christina E. Mahy**

Firm Name: **United States Attorney's Office**

Business Address: **200 W. Second Street, Suite 600**

City/State/Zip: **Dayton, Ohio 45402**

Telephone Number (Area Code): **(937) 225-2910**

Email Address: **christina.mahy@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.