# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.   23-3265 |
| Plaintiff-Appellee, | : | Trial Case No. 3:21-CR-061 (Judge Thomas M. Rose) |
| v. | : | |
| WILLIAM S. HITCHINGS | : | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT-APPELLANT** |
| Defendant-Appellant. | : | |

---

Now come James P. Fleisher and the law firm of Bieser, Greer & Landis, LLP, and respectfully request leave to withdraw as counsel for the Defendant-Appellant, William S. Hitchings. As grounds for this motion counsel states that he has served as appointed trial counsel for Mr. Hitchings throughout the entire District Court proceedings which are the subject of this appeal. The issues of ineffective assistance of counsel, prosecutorial misconduct and other limited matters may be litigated on appeal and thereafter. As a result, counsel believes that the Appellant should be appointed new counsel to handle his appeal.

Upon information and belief, the Defendant-Appellant is indigent and qualifies for court-appointed counsel. Accordingly, the Defendant-Appellant respectfully requests that this Court grant counsel's motion to withdraw and appoint new appellate counsel.

I hereby certify that I have provided Defendant-Appellant with a true and accurate copy of this Motion to Withdraw as Counsel by mailing a copy thereof to him by First Class United States Mail to: Mr. William S. Hitchings, Butler County Jail, Booking No. 197552-002, 705 Hanover Street, Hamilton, Ohio 45011. By copy of this Motion, I have informed Mr. Hitchings that he has fourteen (14) days from the service of this motion in which to file a response if he so chooses.

          Respectfully submitted,

          /s/ *James P. Fleisher*
          James P. Fleisher
          (Atty. Reg. No. 0059509)
          BIESER, GREER & LANDIS, LLP
          6 North Main Street, Suite 400
          Dayton, OH 45402-1908
          PHONE:    (937) 250-7783
          FAX:        (937) 223-6339
          E-MAIL:    jpf@biesergreer.com

          ***Attorney for Appellant, William S. Hitchings***

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2023, I filed the foregoing Motion to Withdraw as Counsel for Appellant, William S. Hitchings, with the United States Court of Appeals for the Sixth Circuit by way of the Court's electronic filing system. A copy has been forwarded to Christina Mahy, Office of the United States Attorney, 200 W. Second Street, Suite 602, Dayton, OH 45402 by electronic transmission to christina.mahy@usdoj.gov.

          /s/ *James P. Fleisher*
          James P. Fleisher (Atty. Reg. No. 0059509)

2900.221028.\

4868-1373-8078, v. 1