Case No. 23-3265

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

WILLIAM SIDNEY HITCHINGS, V

      Defendant - Appellant

Upon consideration of the motion of James Patrick Fleisher to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.  The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  April 17, 2023