# United States Court of Appeals for the Sixth Circuit

---

United States of America,
  *Plaintiff-Appellee.*

v.                     No. 23-3265

William Hitchings V.,
  *Defendant-Appellant.*

---

## Plaintiff-Appellee's Motion to Extend Briefing Schedule

---

  Plaintiff-Appellee United States of America moves the Court to extend the briefing schedule in this case by thirty days. An additional thirty days is needed for counsel to complete a review of the district court record and respond to the issues raised in the appellant's brief. Defendant-Appellant Hitchings pled guilty and was sentenced to 120 months in prison. This is the first request for an extension of time by the United States.

For these reasons, the United States asks the Court to grant this motion and extend the due date for the appellee's brief by thirty days.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

/s/ Christina E. Mahy
CHRISTINA E. MAHY
Assistant United States Attorney
200 West Second Street
Suite 602
Dayton, OH 45402
christina.mahy@usdoj.gov

**Certificate of Service**

I certify that a copy of the foregoing Plaintiff-Appellee's Motion for Extension of Briefing Schedule was filed with the Court's CM/ECF system this 8th day of September, 2023, which provides electronic service to all parties.

/s/ Christina E. Mahy
CHRISTINA E. MAHY
Assistant United States Attorney