# United States Court of Appeals for the Sixth Circuit

———

United States of America,
    *Plaintiff-Appellee.*

v.    No. 23-3265

William Hitchings V.,
    *Defendant-Appellant.*

———

## Plaintiff-Appellee's Motion to Extend Briefing Schedule

———

    Plaintiff-Appellee United States of America moves the Court to extend the briefing schedule in this case by two weeks. An additional two weeks is needed for counsel to finalize the brief. Defendant-Appellant Hitchings pled guilty and was sentenced to 120 months in prison. This is the second request for an extension of time by the United States.

For these reasons, the United States asks the Court to grant this motion and extend the due date for the appellee's brief by two weeks.

>Respectfully submitted,
>
>KENNETH L. PARKER
>United States Attorney
>
>/s/ Christina E. Mahy
>CHRISTINA E. MAHY
>Assistant United States Attorney
>200 West Second Street
>Suite 602
>Dayton, OH 45402
>christina.mahy@usdoj.gov

**Certificate of Service**

I certify that a copy of the foregoing Plaintiff-Appellee's Motion for Extension of Briefing Schedule was filed with the Court's CM/ECF system this 12th day of October, 2023, which provides electronic service to all parties.

>/s/ Christina E. Mahy
>CHRISTINA E. MAHY
>Assistant United States Attorney