RECEIVED

OCT 2 7 2023

DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

United States of America,         :     Case No. 23-3265
    *Plaintiff-Appellee*              :
                                       :
    vs.                               :
                                         :
William Hitchings, V,             :
    *Defendant-Appellant*             :
                                         :

---

### Exhibit Filing

---

| **Exhibit No.** | **Description** | **Date Admitted** |
|---|---|---|
| Govt. Ex. 1 | video interview | December 8, 2021 |

### Certificate of Service

    I certify that this exhibit was filed by hand with the United States Court of Appeals and served on counsel for Defendant-Appellant Hitchings by regular U.S. Mail this 27th day of October, 2023.

                    /s/ Christina E. Mahy
                    CHRISTINA E. MAHY
                    Assistant United States Attorney

Password for the flash drive is: Hitchings2023!