## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 10, 2024

**Notice**

Mr. Joseph A. Almeida
Law Office
118 McDowell Avenue
Steubenville, OH 43952-0000

Ms. Christina Elizabeth Mahy
Office of the U.S. Attorney
200 W. Second Street, Suite 600
Dayton, OH 45402

            Re:  No. 23-3265
                 *USA v. William Hitchings, V*

Dear Counsel:

   The Court has determined that oral argument is not required.  See I.O.P. 34(a)(4).  The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Tuesday, March 19, 2024**.  You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                                        Sincerely yours,

                                        s/Robin L. Johnson
                                        Calendar Deputy