**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 26, 2024

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

Re:  Case No. 23-3265*, USA v. William Hitchings, V*
Originating Case No. 3:21-cr-00061-1

Dear Mr. Nagel:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Antoinette Macon, Case Manager

cc:  Mr. Joseph A. Almeida
Ms. Christina Elizabeth Mahy

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 23-3265

_____

Filed: April 26, 2024

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

WILLIAM SIDNEY HITCHINGS, V

      Defendant - Appellant

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 04/04/2024 the mandate for this case hereby issues today.

COSTS:  None